**Opinion issued June 11, 2015**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-15-00526-CV

_____

## IN RE SANDRA NZE, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Sandra Nze, has filed a petition for writ of mandamus and a motion for an emergency stay asserting that the trial court abused its discretion in issuing a writ of execution while the underlying eviction order was on appeal.[*] The petition and motion are denied. *See* TEX. PROP. CODE § 24.007(a) ("A judgment of a county court in an eviction suit may not under any circumstances be stayed pending appeal

---

[*] The underlying case is *Uchenna Nwabueze v. Sandra Nze*, cause number 14-CCV-053717, pending in the County Court at Law No 3 of Fort Bend County, Texas, the Honorable Susan G. Lowery presiding.

unless, within 10 days of the signing of the judgment, the appellant files a supersedeas bond in an amount set by the county court.").

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Lloyd.